IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PETER TERENCE RUSS,

    Plaintiff,

v.                                          CASE NO. 5:12-cv-21-RS-GRJ

FEDERAL BUREAU OF INVESTIGATION, et al.,

    Defendants.

_____/

**REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing a *pro se* complaint pursuant to 42 U.S.C. § 1983, a motion for leave to proceed as a pauper, and a motion for appointment of counsel. Docs. 1, 3, and 4. Upon due consideration, the Court concludes that this case should be dismissed as frivolous.

Pursuant to 28 U.S.C. § 1915 governing proceedings *in forma pauperis*, the Court may dismiss a case at any time if the Court determines that the allegation of poverty is untrue, or the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C § 1915(e)(2). "A claim is frivolous if it is without arguable merit either in law or fact." *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001) (citing *Battle v. Central State Hospital*, 898 F.2d 126,129 (11th Cir. 1990)). A dismissal as frivolous pursuant to 28 U.S.C § 1915(e)(2)(B)(i) is appropriate when a complaint presents legal theories that are "indisputably meritless," or when the claims rely on factual allegations which are

"clearly baseless." *Neitzke v. Williams*, 490 U.S. 319, 328 (1989).

This is plainly such a case. Plaintiff' alleges that he has been subject to ongoing harassment by the FBI and "persons working under its direction" since 1998. Plaintiff alleges that the FBI has used his family to cause domestic violence, and uses his wife and children to talk to him abusively and cause confusion in the family. Plaintiff alleges that due to false information provided by others, he has been confined in the Emerald Coast Behavioral Hospital on six occasions. For relief, Plaintiff seeks an order stopping the harassment, and compensation to pay his bills.

The Court previously dismissed as frivolous similar cases filed by Plaintiff making the same vague and conclusional allegations. *See Russ v. Unknown Federal Agency*, case number 5:10-cv-289-RS-EMT, Doc. 20 (1/5/11); *Russ v. Unknown Federal Agency*, case number 5:11-cv-3-RS-GRJ, Doc. 10 (5/19/11). As in those cases, the Court can ascertan no cognizable federal claim in Plaintiff's instant complaint.

For the foregoing reasons, Plaintiff's motions for leave to proceed as a pauper and for appointment of counsel, Docs. 3 and 4, are **DENIED**. It is respectfully **RECOMMENDED** that this case be **DISMISSED** as frivolous pursuant to 28 U.S.C § 1915(e)(2)(B)(i).

**IN CHAMBERS** this 7th day of February 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 5:12-cv-21-RS-GRJ*

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**