IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PETER TERENCE RUSS,

      Plaintiff,

v.                                    CASE NO. 5:12-cv-21-RS-GRJ

FEDERAL BUREAU OF INVESTIGATION,
et al.,

      Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 6) and Plaintiff's Objections (Doc. 7). I have considered the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The clerk is directed to close the file.

**ORDERED** on February 16, 2012.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**